# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**HENRY AKINS, II**                                                                                          **PLAINTIFF**

**v.**                                              **CASE NO. 4:06-CV-01530 GTE**

**DEL-JEN**                                                                                                      **DEFENDANT**

## ORDER

On May 13, 2008, the Court referred this case to Magistrate Judge Beth Deere for a settlement conference, which was held on May 30, 2008. The minutes reflect that the parties settled this case, and the parties advise that this case may be dismissed with prejudice. Therefore, the Court dismisses this case with prejudice.

Accordingly,

IT IS THEREFORE ORDERED THAT this case is DISMISSED with prejudice.

Dated this 2nd day of June, 2008.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE

1